# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE ) | |
| ) | |
|     Plaintiff. ) | |
| ) | **Case No: 1:19-cv-2242** |
| ) | |
| VS. ) | |
| ) | |
| LEBANON COMMUNITY ) | |
| SCHOOL CORPORATION, ) | |
| ) | |
|     Defendant. ) | |

## ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM

Plaintiff, by counsel, having filed his Motion to Proceed Under the Pseudonym "Jane Doe", and the Court, being duly advised, now finds that said motion should be and hereby is GRANTED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff shall be permitted to use a pseudonym in this matter. Plaintiff shall be referred to by the initials "Jane Doe" in any and all documents filed with the Court. Plaintiff's identity shall remain sealed from any documents publicly filed in this case.

So ordered.

Dated:_____     _____
                                                                               The Hon.
                                                                               Magistrate Judge, United States District Court

Distribution to:  All Electronically Registered Counsel of Record