UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE | ) |
| | ) |
| Plaintiff. | ) |
| | ) Case No: 1:19-cv-2242-RLY-MJD |
| | ) |
| VS. | ) |
| | ) |
| LEBANON COMMUNITY | ) |
| SCHOOL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LIST

Comes now Plaintiff, by counsel, and for his Preliminary Witness and Exhibit List, states

as follows (however, as discover is ongoing, Plaintiff reserves the right to amend these lists).

## WITNESSES

1.      Jane Doe, Plaintiff.

2.      Parent #1 (Mom of Jane Doe).

3.      Parent #2 (Father of Jane Doe)

4.      Representatives of Defendant who caused and/or investigated the alleged events.

5.      Representatives of Lebanon Police Department who investigated the alleged events.

6.      Jack Doe, teacher/coach at Defendant School who was the father of John Doe.

7.      Any witness interviewed by Defendant for the purpose of their investigations.

8.      Treating therapist for Jane Doe.

9.    Undetermined experts to be retained in the future by Plaintiff.

10.   Anyone listed or identified in the discovery process including, but not limited to, Answers to Interrogatories, Requests for Production, or depositions.

11.   Any person who may come to the attention of the Plaintiff subsequent to the filing of this list of witnesses and prior to trial.  Such person will be promptly disclosed to the Defendant.

12.   All witnesses necessary for impeachment and/or rebuttal.

13.   All witnesses on Defendant's Preliminary or Final Witness List.

## <u>EXHIBITS</u>

1.    Defendant's complete investigation file for both investigations filed as a result of the incidents set forth in the complaint.

2.    Defendants' Code of Students Rights and Responsibilities.

3.    All documents obtained during the course of discovery.

4.    Any and statements taken in this matter, both recorded and transcribed.

5.    Any document or writing that may be used to impeach any witness, including, but not limited to, written statements of any person called as a witness by another party.

6.    Any exhibits necessary for rebuttal and/or impeachment.

7.    Any and all exhibits listed on the Defendants Preliminary or Final Exhibit List.

8.    Any exhibit discovered between the date of this Exhibit List and trial.


Respectfully submitted,

HOCKER & ASSOCIATES, LLC.

/s/ Brett E. Osborne
Attorney No: 17492-45
6626 E. 75th St, Suite 410
Indianapolis, Indiana 46250
Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 28, 2019, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to all parties of record via the Court's electronic filing system.

<u>  /s/ Brett E. Osborne          </u>
Brett E. Osborne #17492-45