UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:19-cv-02242-RLY-MJD |
| | ) |
| LEBANON COMMUNITY SCHOOL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**CORRECTING ENTRY**

It has come to the court's attention that there are errors in hearing dates in the Scheduling Order entered August 29, 2019 (Docket No. 25). The final pretrial conference is set for **JANUARY 7, 2021** at 11:00 a.m. and trial is set **for JANUARY 19, 2021** at 9:00 a.m. The hearings set 1/03/21 and 1/15/21 are VACATED.

**SO ORDERED** this 29th day of August 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record