UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
|     Plaintiff. ) | Cause No.: 1:19-cv-02242-RLY-MJD |
| ) | |
| vs. ) | |
| ) | |
| LEBANON COMMUNITY SCHOOL ) | |
| CORPORATION, ) | |
| ) | |
|     Defendant. ) | |

### DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LIST

Defendant Lebanon Community School Corporation ("LCSC"), by counsel, submits its Preliminary Witness and Exhibit List:

### WITNESSES

1. Jane Doe, Plaintiff.

2. Mother of Jane Doe.

3. Father of Jane Doe.

4. Mary Dickerson, Assistant Principal at Perryworth Elementary (Lebanon).

5. Kevin O'Rourke, Lebanon High School Principal.

6. Albert Hendrix, Lebanon Schools Police Department Resource Officer.

7. Steve Smith, Chief of Police for Lebanon Schools Police Department.

8. All witnesses and parties deposed in the course of this litigation.

9. Any witness identified in discovery.

10. Rebuttal witnesses.

11. Witnesses necessary for authentication of documents or evidence.

**EXHIBITS**

1. Lebanon Police Department Report (2014).

2. Lebanon Police Department Report (2016).

3. Emails between LCSC employees and Plaintiff.

4. Emails between LCSC employees and Plaintiff's family.

5. Mary Dickerson notes of communication with Plaintiff and her family.

6. Kevin O'Rourke notes of disciplinary measures.

7. Plaintiff's LCSC student file.

8. Any exhibits from any deposition taken in this case.

9. Any exhibit identified by Plaintiff.

10. Any documents produced in discovery.

11. Any depositions taken by any party in this case.

12. Any exhibit necessary for impeachment.

Date: September 4, 2019                               Respectfully Submitted,

/s/ Brent R. Borg_____
Brent R. Borg, Atty. No. 27415-29
Andrew M. Manna, Atty. No. 24290-49
Kaitlyn E. Collyer, Atty. No. 33983-49
CHURCH CHURCH HITTLE + ANTRIM
10765 Lantern Rd, Suite 201
Fishers, IN 46038
BBorg@cchalaw.com
Andrew@cchalaw.com
KCollyer@cchalaw.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to the following persons by operation of the Court's Electronic filing system:

Brett Osborne
HOCKER & ASSOCIATES, LLC
6626 E. 75th St., Suite 410
Indianapolis, IN 46250
bosborne@hockerlaw.com

Attorney for Plaintiff

Michael L. Schultz
PARR RICHEY FRANDSEN PATTERSON KRUSE LLP
251 N. Illinois Street, Suite 1800
Indianapolis, IN 46204
mschultz@parrlaw.com

Attorney for Defendant

Kent M. Frandsen
PARR RICHEY FRANDSEN PATTERSON KRUSE LLP
225 West Main Street
PO Box 668
Lebanon, IN 46052
kfrandsen@parrlaw.com

Attorney for Defendant

/s/ Brent R. Borg
Brent R. Borg, Atty. No. 27415-29

CHURCH CHURCH HITTLE + ANTRIM
10765 Lantern Road, Suite 201
Fishers, IN 46038