UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JANE DOE,                                    )
                                             )
                    Plaintiff,               )
                                             )
          v.                                 )        No. 1:19-cv-02242-RLY-MJD
                                             )
LEBANON COMMUNITY SCHOOL                     )
CORPORATION,                                 )
                                             )
                    Defendant.               )

**MINUTE ENTRY FOR OCTOBER 22, 2019**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference.   The parties discussed the status of and future plans for discovery.

This matter is scheduled for a telephonic status conference on **Monday, November 25, 2019 at 11:30 a.m. (Eastern)** to discuss case status.  Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated:  22 OCT 2019
                                        _____
                                        Mark J. Dinsmore
                                        United States Magistrate Judge
                                        Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.